**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 21, 2015.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-15-00427-CV

_____

## HARRIS COUNTY PRECINCT 4 CONSTABLE'S OFFICE DEPUTY JASON REESE, IN HIS INDIVIDUAL CAPACITY, Appellant

### V.

## BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellee

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-55551**

### M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed February 17, 2015. On April 28, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan